UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,              :

          Plaintiff,       :

    v.                                  :

Herman L. Sims,                        :   COURT NO: 3:01CV1196 (CFD)

          Defendant,       :

    and                                 :
Wachovia Bank Bloomfield Conn.
Legal Department PA4418                :
5th and Market Street
Philadelphia, PA19160                  :

          Garnishee.       :

**EX PARTE APPLICATION FOR**
**WRIT OF GARNISHMENT**

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $6,200.28 and post-judgment interest at the rate of 2.6%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The government has received one payment in the amount of $2,102.40 through a federal tax offset. The total balance due as of November 10, 2003 is $4,626.71.

The judgment debtor, Herman L. Sims's, last known address is 10 Latimer Lane, Bloomfield, Connecticut 06002 and the debtor's social security number is 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.

There is or may be property in which Herman L. Sims has a substantial nonexempt interest which may be levied upon for payment of the above judgment, namely:

Funds invested or deposited with Wachovia Bank Bloomfield Connecticut, Legal Department, 5th and Market Street, Philadelphia, Pennsylvania 19160 account number 1002199465003 and any other funds held in any account, personal or business, that was established, held in trust or otherwise associated with Herman L. Sims.

The name and address of the Garnishee or its authorized agent is:

      name:    **Wachovia Bank**
                    **Bloomfield Connecticut**
  address:    **Legal Department PA4418**
                    **5th and Market Street**
                    **Philadelphia, PA 19160**
    phone:    267-321-3576

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              CHRISTINE SCIARRINO
                              ASSISTANT U.S. ATTORNEY
                              UNITED STATES ATTORNEY'S OFFICE
                              P. O. BOX 1824
                              NEW HAVEN, CT  06508
                              (203) 821-3700
                              FED BAR NO. CT 03393