UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA, :

          Plaintiff, :

2003 NOV 12 P 3: 23

US DISTRICT COURT
HARTFORD CT

     v. : DOCKET NO: 3:01cv1196 (CFD)

Herman L. Sims, :

          Defendant. :

### O R D E R

Plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, Herman L. Sims, appear before the District Court in **West Courtroom, 450 Main Street,** ~~RoomxNumber~~ ___ at Hartford, Connecticut on the 27th day of January, 2004, at 10:00 o'clock in the morning and then and there be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with him and produce at the hearing all documents sought by plaintiff's Request for Production served on or about October 2, 2002, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the

defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the defendant.

Dated this 12th day of November, 2003, at Hartford, Connecticut.

_____
Thomas P. Smith
U. S. Magistrate JUDGE