UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          :

           Plaintiff,          :

    v.                               :

Herman L. Sims,                    :   COURT NO: 3:01CV1196 (CFD)

           Defendant,          :

        and                      :
Wachovia Bank Bloomfield Conn.
Legal Department PA4418            :
5th and Market Street
Philadelphia, PA19160              :

           Garnishee.          :

**EX PARTE APPLICATION FOR**
**WRIT OF GARNISHMENT**

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $6,200.28 and post-judgment interest at the rate of 2.6%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The government has received one payment in the amount of $2,102.40 through a federal tax offset. The total balance due as of November 10, 2003 is $4,626.71.

The judgment debtor, Herman L. Sims's, last known address is 10 Latimer Lane, Bloomfield, Connecticut 06002 and the debtor's social security number is 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.

*[Handwritten on left margin: December 2, 2003. Granted.]*