UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JAN 26 P 2: 42
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA,      :

           Plaintiff,    :

    v.                             :

Herman L. Sims,                :    COURT NO: 3:01CV1196 (CFD)

           Defendant,    :

       and                        :
Wachovia Bank Bloomfield Conn.
Legal Department PA4418        :
5th and Market Street
Philadelphia, PA19160          :

           Garnishee.    :

## ANSWER OF THE GARNISHEE

I, _Joan Mc Crossen_, BEING DULY SWORN DEPOSES AND SAYS:
(affiant)

    IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name
of _____.
    state full name and address of business

    IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of the Garnishee's partnership

    **IF GARNISHEE IS A CORPORATION:**

    That he/she is the _Legal Processor_ of Garnishee, a
                        (state official title)

corporation, organized under the laws of the State of _North Carolina_

On _Jan. 16_, 2004, Garnishee was served with the Writ of
Garnishment.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

_____

** Check 1 and/or 2 if applicable**

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Herman L. Sims,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _Jan. 21 2004_ at
                                         (date)

_10 Latimer Lane           Bloomfield Ct 03002_
(state street address, city, state and zip code)

or hand delivered to _____
                     (state actual address of where it was hand
                      delivered)

on _____
     (date)

_____
         (Affiant's signature)

         267-321-3577

2

Subscribed and sworn to before me this 16Th day of January, ~~2003~~. 2004

_Valissa M. Mixon_
Notary Public

My Commission expires: _____

> VALISSA M. MIXON
> Notary Public
> State of New Jersey
> My Commission Expires December 26, 2007

The **Original Answer** must be mailed to:

> United States District Court
> Office of the Clerk
> 450 Main Street
> Hartford, Connecticut 06103

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

> United States Attorney
> Connecticut Financial Center
> 157 Church Street
> New Haven, Connecticut 06510
> Attn: Financial Litigation Unit